IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and THE STATE OF TENNESSEE, *ex rel.* J.D. JENKINS, ELIZABETH COYLE and ELIZABETH MERRY,<br><br>**Plaintiffs,**<br><br>vs.<br><br>PHYSICIANS CHOICE LABORATORY SERVICES, *et al.*,<br><br>**Defendants.** | CIVIL FILE NO. 3:17-CV-46-FDW-DSC<br><br>UNDER SEAL |

## ORDER

The United States having intervened in part of this action and having declined to intervene in part of this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(2) and (4), the Court rules as follows:

IT IS ORDERED that:

1. The Relator's Complaint, the Government's Notice of Election to Intervene in Part and to Decline to Intervene in Part, and this Order be unsealed;

2. The United States serve its Complaint upon Defendants, together with this Order, within ninety days;

3. The Relators serve their Complaint upon Defendants within ninety days;

4. All other papers or Orders on file in this matter shall remain under seal;

5. The seal be lifted on all other matters occurring in this action after the date of this Order;

6. As to the part of the action in which the United States has declined to intervene, the parties shall serve all pleadings and motions filed in that part of the action, including supporting memoranda upon the United States as provided for in 31 U.S.C. § 3730(c)(3). The United States may order any deposition transcripts and is entitled to intervene in that part of the action, for good cause, at any time;

7. All Orders of this Court shall be sent to the United States; and

8. Should the Relators or the Defendants propose that the part of the action in which the United States has declined to intervene be dismissed, settled, or otherwise discontinued, they will solicit the written consent of the United States before the Court rules or grants its approval.

**SO ORDERED**.

Signed: February 20, 2019

David S. Cayer
United States Magistrate Judge

2

Case 3:17-cv-00046-FDW-DCK    Document 71    Filed 02/20/19    Page 2 of 2